IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00106-RBJ-BNB

ANTHONETTE TAYLOR,

    Plaintiff,

v.

GC SERVICES LIMITED PARTERNSHIP

    Defendant.

---

JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

Pursuant to the offer of judgment filed February 26, 2014 and the acceptance thereof filed March 6, 2014 and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is hereby entered for Plaintiff Anthonette Taylor and against Defendant GC Services Limited Partnership in the amount of $1000.00 plus an additional amount for Plaintiff's costs and Plaintiff's reasonable attorney's fees.  Plaintiff's costs and reasonable attorney's fees will in an amount to be determined between the parties and added to the Judgment; or if they are unable to agree, to be determined by the Court by motion.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of .11% from the date of entry of Judgment.

DATED at Denver, Colorado this 6th day of March, 2014.

JEFFREY P. COLWELL, CLERK

By:     s/K Lyons
        K. Lyons, Deputy Clerk