IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00106-RBJ-BNB

ANTHONETTE TAYLOR,

      Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

      Defendant.

## ORDER

This matter is before the Court on the Stipulated Motion to Amend the Judgment against the Defendant to Add Plaintiff's Attorney Fees, CM/ECF # 16. The Court has reviewed the pleading and the case file and is fully advised in the premises. It is ORDERED as follows:

1.     The Stipulated Motion to Amend the Judgment against the Defendant to Add the Plaintiff's Attorney's Fees, CM/ECF # 16, is GRANTED.

2.     Plaintiff's reasonable attorney's fees in the amount of $2,850.00 shall be added to the current Judgment of $1,000.00 and the costs taxed by the Clerk of the Court in the amount of $470.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Anthonette Taylor, and against the Defendant, GC Services Limited Partnership, in the total amount of $4,320.00, plus post-judgment interest.

Dated this 24th day of March, 2014.

BY THE COURT:

R. Brooke Jackson
United States District Judge